HON. RICARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR13-298RAJ |
| Plaintiff, ) | |
| ) | ORDER TERMINATING |
| v. ) | SUPERVISION |
| ) | |
| MAN WAI CHAN, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT MAN WAI CHAN has moved for early termination of her term of supervised release. The Court file reflects that on August 8, 2014, Ms. Chan was adjudicated guilty of Conspiracy to Possess with Intent to Distribute Cocaine and was sentenced by this Court to a term of 24 months' confinement followed by 3 years supervised release. Ms. Chan was released to a halfway house on December 11, 2014, and placed on supervision on June 9, 2015.

18 USCS § 3583(e)(1) provides that the district court may terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of

ORDER TERMINATING SUPERVISION - 1

Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

The Court is aware that after release to a halfway house Ms. Chan found employment and she exhibited positive performance while on supervised release. Throughout her term of supervision, Ms. Chan has maintained regular contact with her probation officer, she has timely filed all her monthly reports, and she has had no infractions while on supervised release.  Ms. Chan has benefited from supervision, she is not a danger to the community, and the community does not need to expend resources by continuing to monitor her behavior. It is in the interests of justice to terminate Ms. Chan's supervision at this time.

Accordingly, Defendant Man Wai Chan's motion for early termination of supervised release (Dkt. #126) is GRANTED. Supervision is terminated.

DATED this 20th day of June, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING SUPERVISION - 2